### 8612. HARPER *v.* DAY.

BROYLES, P. J. The motion for a new trial contained only the general, formal grounds. There was some evidence that authorized the verdict, and the trial judge has approved it.

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*

DECIDED JULY 23, 1917.

Complaint; from Chattooga superior court—Judge Wright. September 2, 1916.

*C. D. Rivers,* for plaintiff in error.
*John D. & E. S. Taylor,* contra.